IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Newport News Division

**UNITED STATES OF AMERICA for
the use and benefit of SPRINKLE MASONRY
INCORPORATED., a Virginia company,**

        **Use Plaintiff,**

   **v.**                                                  **Case No. 4:23-cv-00097**

**AECOM CONSTRUCTION,
INC., a Delaware company, and
FEDERAL INSURANCE
COMPANY, an Indiana company,**

        **Defendants**

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties, each by counsel and in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii) jointly stipulate to the dismissal with prejudice of Sprinkle Masonry, Incorporated's Complaint. This stipulation of dismissal is based upon the settlement agreement between the parties. Accordingly, the parties stipulate and agree that all claims filed herein by Sprinkle Masonry, Incorporated against AECOM Construction, Inc., and Federal Insurance Company are DISMISSED WITH PREJUDICE.

Pursuant to *Kokkonen v. Guardian Life Ins. Co. of America*, 511 U.S. 375 (1994), this Stipulation explicitly reserves to the United States District Court for the Eastern District of Virginia, jurisdiction to enforce the terms of the Settlement Agreement between Sprinkle Masonry, Incorporated, AECOM Construction, Inc. and Federal Insurance Company. Each party shall bear its own attorney's fees and costs in this matter.

Dated: December 11, 2023

Respectfully Submitted,

        SPRINKLE MASONRY, INCORPORATED

        /s/ Jesse B. Gordon
        Jesse B. Gordon, Esq.
        VSB # 68187
        Reaves, PLLC
        555 Belaire Avenue, Suite 300
        Chesapeake, VA 23320
        T: (757) 410-1726 | F: (757) 410-8258
        jesse.gordon@reavesgovcon.com
        *Counsel for Sprinkle Masonry, Incorporated*

        AECOM CONSTRUCTION, INC.

        */s/ Mark Abrajano*
        Lauren P. McLaughlin, Esq.
        VSB No. 44975
        Mark Emilio S. Abrajano, Esq.
        VSB No. 91682
        Smith, Currie & Hancock, LLP
        1921 Gallows Road, Suite 850
        Tysons, Virginia 22182
        T: (703) 506-1990 |(703) 506-1440
        lpmclaughlin@smithcurrie.com
        msabrajano@smithcurrie.com
        *Counsel for AECOM Construction, Inc. and Federal Insurance Company*